

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00289-CV

| | | |
|---|---|---|
| Wells Fargo Bank, N.A. f/k/a Wells Fargo Bank Minnesota, N.A., as Trustee for The Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgages Pass-Through Certificates, Series 2003-PMI, acting by and through ORIX Capital Markets, LLC | § § § § § § | From the 17th District Court of Tarrant County (17-224126-07) August 8, 2013 |
| v. | § | Opinion by Justice Meier |
| MBS - The Hills, Ltd., 3101 W. Normandale, L.L.C., Michael B. Smuck, and Edwin A. White | § § | Dissent by Justice Gabriel |

## JUDGMENT ON EN BANC CONSIDERATION

After considering Appellant Wells Fargo Bank, N.A. f/k/a Wells Fargo Bank Minnesota, N.A., as Trustee for The Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgages Pass-Through Certificates, Series 2003-PMI, acting by and through ORIX Capital Markets, LLC's motion for en banc consideration of our opinion issued December 8, 2011, we deny the motion, but we withdraw our opinion and judgment dated December 8, 2011, and substitute the following.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bill Meier